CHARLES LA BELLA
KATHLEEN McGOVERN
Deputy Chiefs
THOMAS B. W. HALL
MARY ANN McCARTHY
Trial Attorneys
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Avenue, NW
Washington, DC 20530
(202) 598-2240

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. 2:13-cr-00018-JCM-GWF |
| Plaintiff, | ) |
| | ) |
| v. | ) **STIPULATION AND** |
| | ) **PROTECTIVE ORDER** |
| LEON BENZER, | ) |
| KEITH GREGORY, | ) |
| CHARLES McCHESNEY | ) |
| BARRY LEVINSON, | ) |
| RICKY ANDERSON, | ) |
| MARIA LIMON, | ) |
| JOSE LUIS ALVAREZ, | ) |
| RODOLFO ALVAREZ-RODRIGUEZ, | ) |
| SALVATORE RUVOLO | ) |
| DAVID BALL, and | ) |
| EDITH GILLESPIE, | ) |
| | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED AND AGREED between the parties, Denis McInerney, Chief, U.S. Department of Justice, Criminal Division, Fraud Section, Deputy Chief Charles La Bella, and Trial Attorney Thomas B.W. Hall, counsel for the United States, and the following defense counsel:

- David Albregts, counsel for Defendant Leon Benzer

1

- Rod Snow, counsel for Defendant Keith Gregory
- Jim Oronoz, counsel for Defendant Charles McChesney
- Anthony Sgro, counsel for Defendant Barry Levinson
- Travis Shetler, counsel for Defendant Ricky Anderson
- Gabriel Grasso, counsel for Defendant Maria Limon
- Jess Marchese, counsel for Defendant Jose Luis Alvarez
- Chad Bowers, counsel for Defendant Rodolofo Alvarez
- Bret Whipple, counsel for Defendant Salvatore Ruvolo
- Michael Sanft, counsel for Defendant David Ball
- Chris Rasmussen, counsel for Defendant Edith Gillespie

that this Court issue an Order protecting from disclosure to the public any discovery documents containing the personal identifying information such as social security numbers, drivers license numbers, dates of birth, bank account numbers, bank records, or addresses of participants, witnesses and victims in this case. Such documents shall be referred to hereinafter as "Protected Documents." The parties state as follows:

    1. Protected Documents which will be used by the government in its case in chief include personal identifiers, including social security numbers, driver's license numbers, dates of birth, bank account numbers, bank records, and addresses of participants, witnesses, and victims in this case.

    2. Discovery in this case will be voluminous. Many of these documents include personal identifiers. Redacting the personal identifiers of participants, witnesses, and victims would prevent the timely disclosure of discovery to defendants.

    3. The United States agrees to provide Protected Documents without redacting the personal identifiers of participants, witnesses, and victims.

4. Access to Protected Documents will be restricted to persons authorized by the Court, namely defendants, attorneys of record and attorneys' paralegals, investigators, experts, and secretaries employed by the attorneys of record and performing on behalf of the defendants.

5. The following restrictions will be placed on defendants, defendants' attorneys and the above-designated individuals unless and until further ordered by the Court. Defendants, defendants' attorneys and the above-designated individuals shall not:

    a. make copies for, or allow copies of any kind to be made by any other person of Protected Documents;

    b. allow any other person to read Protected Documents; and

    c. use Protected Documents for any other purpose other than preparing to defend against the charges in the Indictment or any superseding indictment arising out of this case.

6. Defendants' attorneys shall inform any person to whom disclosure may be made pursuant to this order of the existence and terms of this Court's order.

7. The requested restrictions shall not restrict the use or introduction as evidence of discovery documents containing personal identifying information such as social security numbers, driver's license numbers, dates of birth, and addresses during the trial of this matter.

8. Upon conclusion of this action, defendants' attorneys shall return to government counsel or destroy and certify to government counsel the destruction of all discovery documents containing personal identifying information such as social security numbers, drivers license numbers, dates of birth, and addresses within a reasonable time, not to exceed thirty days after the last appeal is final.

DATED this 28th day of January, 2013.

| | |
|---|---|
| /s/ David Albregts<br>DAVID ALBREGTS<br>Counsel for Defendant Benzer | Denis J. McInerney<br>Chief, U.S. Department of Justice<br>Fraud Section, Criminal Division |
| /s/ Rod Snow<br>ROD SNOW<br>Counsel for Defendant Gregory | /s/ Thomas B.W. Hall<br>THOMAS B.W. HALL<br>Trial Attorney, U.S. Dept. of Justice<br>Criminal Division, Fraud Section |

/s/ Jim Oronoz
JIM ORONOZ
Counsel for Defendant McChesney

/s/ Anthony Sgro
ANTHONY SGRO
Counsel for Defendant Levinson

/s/ Travis Shetler
TRAVIS SHETLER
Counsel for Defendant Anderson

/s/ Gabriel Grasso
GABRIEL GRASSO
Counsel for Defendant Limon

/s/ Jess Marchese
JESS MARCHESE
Counsel for Defendant J. L. Alvarez

/s/ Chad Bowers
CHAD BOWERS
Counsel for Defendant R. Alvarez

/s/ Bret Whipple
BRET WHIPPLE
Counsel for Defendant Ruvolo

/s/ Michael Sanft
MICHAEL SANFT
Counsel for Defendant Ball

/s/ Chris Rasmussen
CHRIS RASMUSSEN
Counsel for Defendant Gillespie

4

**ORDER**

IT IS SO ORDERED this  29th  day of  January  2013.

*George Foley Jr.*
_____
UNITED STATES MAGISTRATE JUDGE

2:13-cr-00018-JCM-GWF