1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# SEALED

Law office of Travis E. Shetler

Travis E. Shetler, Esq.
Nevada State Bar No. 4747
844 East Sahara Avenue
Las Vegas, Nevada 89104
Attorney for Defendant
RICKY  ANDERSON

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,                         )
                                                  )
                          Plaintiff,              )   NO.  2:13-CR-018-JCM-(GWF)
              v.                                  )
                                                  )
                                                  )   ORDER APPOINTING RUSSELL
LEON BENZER,                                      )   M. AOKI AS
KEITH GREGORY,                                    )   COORDINATING DISCOVERY
CHARLES McCHESNEY,                                )   ATTORNEY
BARRY LEVINSON,                                   )
RICKY ANDERSON,                                   )
MARIA LIMON,                                      )
JOSE LUIS ALVAREZ,                                )
RODOLFO ALVAREZ-RODRIGUEZ,                        )
SALVATORE RUVOLO,                                 )
DAVID BALL, and                                   )
EDITH GILLESPIE,                                  )
                          Defendants.             )
                                                  )

      Eleven defendants are charged with Conspiracy to Commit Mail and Wire

Fraud.  Some defendants are also charged with Wire Fraud, Mail Fraud and

Providing a False Statement.  The indictment alleges:

      From at least in or about August 2003 through at least in or about February
      2009, Defendants participated in the scheme to fraudulently obtain loans on
      properties within these and other HOAs, fraudulently infiltrate the boards of
      these HOAs, and then award legal and construction work to co-conspirators.

Indictment Docket #1.

      The Government has identified a large amount of discovery.  It has

categorized the discovery into four groups.  First, there are approximately 186,000

hard copy documents that have already been scanned with another 25 boxes in the

process of being scanned.  Second, there are a number a computer drives totaling

eight to ten terabytes of data that were seized through the execution of search warrants. The third category of discovery are items, other than computer hard drives, that were seized during search warrants. The fourth group is made up of miscellaneous materials.

Culling the vast amount of discovery to a collection of reviewable proportions requires the help of someone who has experience dealing with large volumes of data. Russell M. Aoki is hereby appointed as Coordinating Discovery Attorney to assist defense counsel with developing strategies to help counsel cull down the discovery to reviewable proportions and identifying services to search and organize the materials. His duties are defined within this Order, along with the basis for his appointment:

Discovery issues specific to any particular defendant shall be addressed by defense counsel directly with the Government and not through the Coordinating Discovery Attorney.

Unless otherwise agreed by the parties, the Government shall provide discovery to the Coordinating Discovery Attorney for distribution to defense counsel to avoid delay in distribution. The Coordinating Discovery Attorney shall duplicate and distribute the discovery to all defense counsel. The Government shall work with the Coordinating Discovery Attorney to provide discovery in a timely manner.

Defense counsel may still require support services depending on the particular needs of their case, but prior to petitioning for any support staff funds, defense counsel must confer with the Coordinating Discovery Attorney to determine

whether such services are already being addressed or could be addressed in whole or in part.

The Coordinating Discovery Attorney shall petition this Court, ex parte, for funds for staffing or outside services and shall monitor all vendor invoices. All petitions shall include a basis for the requested funds and a determination that the costs of the services are reasonable. The Coordinating Discovery Attorney shall also review all vendor invoices to assure that invoiced costs are for work previously agreed to be performed.

DONE AND ORDERED at ___Las Vegas___, Nevada this 1st day of ___February___, 2013.

GEORGE FOLEY, JR.
United States Magistrate Judge

3