# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

LEON BENZER, et al.

    Defendant(s).

Case #2:13-cr-00018-JCM-GWF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $200.00

_____D. Loren Washburn_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Clyde Snow & Sessions_____
(firm name)

with offices at _____201 S. Main Street, Suite 1300_____,
(street address)

___Salt Lake City___, ___Utah___, ___84111___,
(city) (state) (zip code)

___801-322-2516___, ___dlw@clydesnow.com___.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___Keith E. Gregory___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 12/11

3. That since **May 19, 2006** (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of **Utah** (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Massachusetts Supreme Judicial Court | January 10, 2003 | 655224 |
| Supreme Court of the State of Utah | May 19, 2006 | 10993 |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

NONE

Rev. 12/11

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

NONE

7. That Petitioner is a member of good standing in the following Bar Associations:

Utah State Bar
Massachusetts Board of Bar Overseers
American Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| November 14, 2012 | 2:12-ms-00091 | U.S. District Court, Nevada | Granted |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___Utah___ )
COUNTY OF ___Salt Lake___ )

___D. Loren Washburn___, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

___19th___ day of ___February___, 2013

___Kari J Peck___
Notary Public or Clerk of Court

Notary Public
KARI J. PECK
Commission # 604823
My Commission Expires
January 14, 2015
State of Utah

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Max E. Corrick___
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___9950 W. Cheyenne___
(street address)

___Las Vegas___   ___Nevada___   ___89129___
(city)   (state)   (zip code)

___702-384-4012___   ___mcorrick@ocgas.com___
(area code + telephone number)   (Email address)

4

Rev 12-11

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Max E. Corrick_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_____
(Party signature)

_____
(Party signature)

_____
(Party signature)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

6609                    mcorrick@ocgas.com
Bar number              Email address

APPROVED:

Dated: March 14, 2013.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 12/11



# Utah State Bar.

645 South 200 East, Suite 310 • Salt Lake City, Utah 84111-3834
Telephone: 801-531-9077 • Fax: 801-531-0660
http://www.utahbar.org

John C. Baldwin
Executive Director

Board of Commissioners

ri W. Nelson
President
nes Waldo Holbrook &
cDonough
alt Lake City

urtis M Jensen
resident-elect
now Jensen & Reece
. George

even R. Burt, AIA
ublic Member
itelen Design-Build, LLC

. Dickson Burton
askBritt
alt Lake City

on Su J. Chon
tah Third District Court
alt Lake City

on. Evelyn J. Furse
nited States District Court
alt Lake City

ames D. Gilson
allister Nebeker &
cCullough
alt Lake City

ary Kay Griffin, CPA
ublic Member
ayer Hoffman McCann

shaw King
ng & King
aysville

ichael F. Leavitt
urham Jones & Pinegar
. George

ohn R. Lund
now Christensen &
artineau
alt Lake City

erm Olsen
illyard Anderson & Olsen
ogan

obert O. Rice
ay Quinney & Nebeker
alt Lake City

homas W. Seiler
obinson Seiler & Anderson
rovo

ngelina Tsu
oris Management Services
orporation
alt Lake City

November 8, 2012

To Whom It May Concern:

Re: **CERTIFICATE OF GOOD STANDING for D. LOREN WASHBURN**

This is to certify that **D. LOREN WASHBURN**, Utah State Bar No. **10993**, was admitted to practice law in Utah on **May 19, 2006**, and is an **ACTIVE** member of the Utah State Bar in good standing. "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

No public disciplinary action involving professional misconduct has been taken against the license of **D. LOREN WASHBURN** to practice law.

Katherine A. Fox
General Counsel
Utah State Bar



Serving the Public. Working for Justice

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the tenth day of January A.D. 2003, said Court being the highest Court of Record in said Commonwealth:

## David Loren Washburn

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this sixth day of March in the year of our Lord two thousand and thirteen.

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116