# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:13-cr-00018-JCM-GWF |
| ) | |
| vs. ) | **SCHEDULING ORDER** |
| ) | |
| LEON BENZER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

This matter comes before the Court on the parties' Proposed Complex Case Scheduling Order (#50), filed on February 4, 2013. The Court conducted a hearing on the matter on March 27, 2013. *See Minutes of Proceedings, Doc. #94*.

**IT IS HEREBY ORDERED** that the following schedule shall apply in this case:

(1) The Court finds that this is a complex case within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii) because, among other things, the nature of the prosecution is such that it is unreasonable to expect adequate trial preparation within the time limits prescribed by the Speedy Trial Act. All time from the entry of the Defendants' pleas in this case until the trial of this matter is excluded under 18 U.S.C. § 3161(h)(8)(A) as the ends of justice outweigh the interests of the public and Defendants in a speedy trial.

(2) The Orders setting calendar call for July 17, 2013 and trial for July 22, 2013 are hereby **vacated**. Trial is set for Monday, March 3, 2014 at 9:00 AM. Calendar call is set for Wednesday, February 26, 2014 at 1:30 PM.

(3) The Government shall make Rule 16 disclosures (excluding Jencks Act expert disclosures) on or before June 1, 2013. Defendant shall make Rule 16 disclosures on or before July 1, 2013. The parties have a continuing duty to disclose up to and including trial.

(4) The Government shall disclose Jencks Act material on or before January 2, 2014.

(5) The parties shall make expert disclosures no later than December 3, 2013.

(6) The parties shall file pretrial motions no later than November 4, 2013. Responses shall be due 30 days after receipt of the pretrial motions. Replies shall be due 14 days after receipt of responses.

DATED this 28th day of March, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge