JEFFREY H. KNOX
Chief
CHARLES LA BELLA
KATHLEEN MCGOVERN
Deputy Chiefs
THOMAS B.W. HALL
Trial Attorney
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Avenue, NW
Washington, DC 20530
(202) 616-1682

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:13-cr-00018-JMC-GWF |
| v. ) | |
| ) | UNOPPOSED MOTION TO CONTINUE |
| ) | DISCOVERY STATUS HEARING |
| LEON BENZER, et al. ) | |
| ) | |
| ) | |
| Defendants. ) | |

COMES NOW, the United States of America, by and through JEFFREY H. KNOX, Chief, U.S. Department of Justice, Criminal Division, Fraud Section, and KATHLEEN MCGOVERN, Deputy Chief, U.S. Department of Justice, Criminal Division, Fraud Section, and moves to continue the Discovery Status Hearing, presently set for June 11th, 2013, at the hour of 3:30 pm.

The parties respectfully request this Honorable Court to continue the hearing until the week of July 8, 2013. The United States has consulted with counsel for each of the defendants, and they have no objection to this motion.

This motion is made for the following reasons:

1. The Government has already produced the vast majority of discoverable material in this matter. To date, the Government has produced all grand jury transcripts and exhibits, all non-prosecution agreements and plea agreements with potentially testifying witnesses, all NCIC checks for defendants, over 440 FBI memoranda of interview, over 270 other FBI reports and Las Vegas Metro Police Department Officer Reports, over 6300 pages of audio recording transcripts, over 200 audio and video recordings, and over 1.5 million pages of other documents.

2. However, due to the volume of remaining electronic material, the Government requires additional time to process the remaining discovery before it can be sent to the defense counsel.

3. The Government has already provided a list to defense counsel of all remaining discovery with approximate production dates.

4. The Government now expects discovery to be substantially complete by the end of June, and, as such, recommends the week of July 8th to be an appropriate time to evaluate discovery progress before the Court.

5. Prior to the status conference, the Government will submit to the Court a status report of discovery produced by that date.

DATED this 7th day of June 2013.

Respectfully submitted,

JEFFREY H. KNOX
Chief
United States Department of Justice
Criminal Division, Fraud Section

/s/  *Thomas B.W. Hall*
THOMAS B.W. HALL
Trial Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LEON BENZER, et al. ) <br> ) <br> Defendants. ) <br> _____ ) | 2:13-cr-00018-JMC-GWF <br><br> <u>ORDER ON MOTION TO CONTINUE</u> <br> <u>DISCOVERY STATUS HEARING</u> |

**FINDINGS OF FACT**

Based on the Government's pending Unopposed Motion to Continue the Discovery Status Hearing, the Court hereby finds that:

1. The parties are in agreement to continue the hearing date as presently scheduled.

2. There is good cause to continue the hearing.

**ORDER**

**IT IS THEREFORE ORDERED** that the Discovery Status Hearing date currently set for June 11th, 2013, is vacated and is continued. It is further ordered that the hearing is set for July 10, 2013, at the hour of 3:30 p.m., in Courtroom # 3A.

**DATED** this 7th day of June, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge