# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 2:13-cr-00018-JCM-GWF |
| vs. | ) | **ORDER** |
| LEON BENZER, *et al.*, | ) | |
| Defendants. | ) | |

This matter comes before the Court on Defendant Keith Gregory's Motion to Extend Pretrial Motions Deadline (#204), filed on November 1, 2013. Motions for Joinder were filed by Defendants Benzer (#205), Ruvolo (#206), Limon, (#210), and Anderson (#212). The Government filed a Response (#213) to the Motion (#204) on November 12, 2013, in which it indicates it has no opposition. Defendant Gregory represents there have been significant delays in digitizing, cataloguing, and accessing the discovery in this case. The Court finds Gregory shows good cause for an extension. The Court further advises the parties to remain mindful of the March 3, 2014 trial date in this case, and to move to continue the trial if necessary in light of the extended motions deadline below. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Keith Gregory's Motion to Extend Pretrial Motions Deadline (#204) is **granted**.

**IT IS FURTHER ORDERED** that the last day to file pretrial motions for all parties shall be **January 24, 2014**.

**IT IS FURTHER ORDERED** that Defendant Benzer's Motion to Join (#205) is **granted**.

**IT IS FURTHER ORDERED** that Defendant Ruvolo's Motion to Join (#206) is **granted**.

...

**IT IS FURTHER ORDERED** that Defendant Limon's Motion to Join (#210) is **granted**.

**IT IS FURTHER ORDERED** that Defendant Anderson's Motion to Join (#212) is **granted**.

DATED this 13th day of November, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge