UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br>v.<br><br>LEON BENZER,<br>KEITH GREGORY,<br>CHARLES McCHESNEY,<br>BARRY LEVINSON,<br>RICKY ANDERSON,<br>MARIA LIMON,<br>JOSE LUIS ALVAREZ,<br>RODOLFO ALVAREZ-RODRIGUEZ,<br>SALVATORE RUVOLO,<br>DAVID BALL, and<br>EDITH GILLESPIE,<br><br>                      Defendants. | NO. 2:13-CR-018-JCM-(GWF)<br><br>AMENDED ORDER GRANTING<br>LEAVE TO ALLOW THE<br>COORDINATING DISCOVERY<br>ATTORNEY TO FILE STATUS<br>REPORTS UNDER SEAL ON<br>CM/ECF |

      THIS MATTER has come before this Court upon the request of the court-appointed Coordinating Discovery Attorney, Russell M. Aoki of Aoki Law PLLC, for an Order granting him leave to file his monthly status reports under seal electronically on the Court's CM/ECF program. The direct electronic filing of Mr. Aoki's status reports will reduce resources in distributing his monthly reports to the Court. Therefore, this Court hereby grants Mr. Aoki leave to file **under seal** using the CM/ECF filing program and instructs the Court Clerk's Office to provide Mr. Aoki

//

//

//

1

access for filing of his status reports.

DONE AND ORDERED at Las Vegas, Nevada this 19th day of November, 2013.

_____
The Honorable George Foley, Jr.
U.S. Magistrate Judge