Max E. Corrick, II
Nevada Bar No. 6609
OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone: 702/ 384-4012
Fax: 702/383-0701
mcorrick@ocgas.com

Rodney G. Snow
Utah Bar No. 3028
D. Loren Washburn
CLYDE SNOW & SESSIONS
201 South Main Street, 13th Floor
Salt Lake City, UT 84111
Phone: 801/322-2516
Fax: 801/521-6280
*Attorneys for Keith E. Gregory and Keith Gregory & Associates*

## UNITED STATES DISTRICT COURT OF NEVADA
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEON BENZER, KEITH GREGORY, et al.,<br><br>Defendants. | Case No.: 2:13-cr-00018-JCM-GWF<br><br>~~PROPOSED~~ **ORDER GRANTING KEITH E. GREGORY'S UNOPPOSED MOTION TO EXTEND EXPERT DISCLOSURES DEADLINE** |

Before the Court is Keith E. Gregory's Unopposed Motion to Extend Expert Disclosures Deadline. The Court has reviewed the Motion and considered the matter, hereby Orders as follows:

IT IS ORDERED that the Keith E. Gregory's Unopposed Motion to Extend Expert Disclosures Deadline is granted.

IT IS FURTHER ORDERED that the time for the filing expert disclosures is extended to January 24, 2014. This extension applies to all parties, including the government and all of Defendant Gregory's co-defendants.

Dated this __4th__ day of __December__, 2013.

_____
George Foley Jr.
United States Magistrate Judge