Max E. Corrick, II
Nevada Bar No. 6609
OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone: 702/ 384-4012
Fax: 702/383-0701
mcorrick@ocgas.com

Rodney G. Snow
Utah Bar No. 3028
D. Loren Washburn
CLYDE SNOW & SESSIONS
201 South Main Street, 13th Floor
Salt Lake City, UT  84111
Phone: 801/322-2516
Fax: 801/521-6280
*Attorneys for Keith E. Gregory and Keith Gregory & Associates*

**UNITED STATES DISTRICT COURT OF NEVADA**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEON BENZER, KEITH GREGORY, et al.,<br><br>Defendants. | Case No.: 2:13-cr-00018-JCM-GWF<br><br>~~PROPOSED~~ **ORDER GRANTING KEITH E. GREGORY'S MOTION TO SEAL HIS MOTION TO SEAL THE GOVERNMENT'S MOTION TO ADMIT EVIDENCE PURSUANT TO FED. R. EVID. 404(b)** |

Before the Court is Keith E. Gregory's Unopposed Motion to Seal his Motion to Seal the Government's Motion to Admit Evidence Pursuant to Fed. R. Evid. 404(b).  The Court has reviewed and considered the matter, hereby Orders as follows:

IT IS ORDERED that Keith E. Gregory's Unopposed Motion to Seal his Motion to Seal the Government's Motion to Admit Evidence Pursuant to Fed. R. Evid. 404(b) is granted.

IT IS FURTHER ORDERED that this Order to Seal shall also apply to all pleadings and exhibits associated with Keith E. Gregory's Motion to Seal the Government's Motion to Admit

1

Evidence Pursuant to Fed. R. Evid. 404(b), which Motion shall be filed on or before December 20, 2013.

Dated this 20th day of December, 2013.

*George Foley Jr.*
United States Magistrate Judge

2