MAX E. CORRICK, II
Nevada Bar No. 006609
OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI
9950 W. Cheyenne Avenue
Las Vegas NV 89129
Email:  mcorrick@ocgas.com
Tel. (702) 384-4012

*Attorneys for* Keith E. Gregory

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-00018-JCM-GWF |
|---|---|
| Plaintiff, | |
| v. | |
| LEON BENZER, KEITH GREGORY, et al., | |
| Defendants. | |

### ~~PROPOSED~~ ORDER GRANTING KEITH E. GREGORY'S MOTION TO SEAL HIS EX PARTE MOTION FOR FUNDING OF DEFENSE EXPENSES UNDER THE CRIMINAL JUSTICE ACT

Upon consideration of Movants Keith E. Gregory Motion to Seal His Ex Parte Motion for Funding of Defense Expenses Under the Criminal Justice Act.

IT IS HEREBY ORDERED that Movants' Motion to Seal His Ex Parte Motion for Funding of Defense Expenses Under the Criminal Justice Act is granted.

SO ORDERED this __9th__ day of __July__, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge