UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEON BENZER,<br>KEITH GREGORY,<br>CHARLES McCHESNEY,<br>SALVATORE RUVOLO,<br>DAVID BALL, and<br>EDITH GILLESPIE,<br><br>Defendants. | CASE NO. 2:13-cr-00018-JCM-GWF<br><br>**ORDER CONTINUING ENFORCEMENT OF TRIAL SUBPOENAS** |

Based on the government's oral Motion for Continuing Enforcement of Trial Subpoenas, and good cause appearing, the motion is GRANTED.

IT IS HEREBY ORDERED that the trial subpoenas previously served by the government on witnesses reflecting a trial date of October 14, 2014, shall remain in effect and are enforceable with respect to the new trial date of February 23, 2015.

DATED September 16, 2014.

BY THE COURT:

_____
The Honorable James Mahan
United States District Judge

1