# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA )
)
                              Plaintiffs, )    Case No. 2:13-cr-00018-JCM-GWF
)
vs. )    **ORDER**
)
)
LEON BENZER, *et al.* )
                             Defendants. )

This matter comes before the Court on Defendant Keith E. Gregory's Motion to Seal Supplement to his Motion to Sever (#347). Having reviewed Defendant Gregory's Motion, and good cause appearing,

**IT IS HEREBY ORDERED** that Exhibit A to Defendant Gregory's Motion to Sever is temporarily sealed until the Court has the opportunity to review and determine whether sealing is appropriate.

DATED this 16th day of September, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge