**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>           )<br>           Plaintiffs, )<br>           )<br>vs. )<br>           )<br>LEON BENZER, *et al.* )<br>           )<br>           Defendants. )<br>_____) | Case No. 2:13-cr-00018-JCM-GWF<br><br>**ORDER** |

This matter is before the Court on Defendant Keith Gregory's Joinder in Defendant Leon Benzer's Motion re: Jury Selection Procedure (Doc. 388) (#411) filed on November 20, 2014.

**IT IS HEREBY ORDERED** that Defendant Keith Gregory's Joinder in Defendant Leon Benzer's Motion re: Jury Selection Procedure (Doc. 388) (#411) is granted.

DATED this 21st day of November, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge