# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.: 2:13-cr-00018-JCM-GWF |
| vs. | **ORDER** |
| LEON BENZER, et al., | **Motion to Quash Subpoena - #437** |
| Defendants. | |

This matter is before the Court on non-party Las Vegas Review-Journal's Motion to Quash Subpoena (#437), filed on December 12, 2014. On December 11, 2014, this Court denied, without prejudice, Defendant Benzer's *ex parte* motion for issuance of a subpoena duces tecum to obtain the Review-Journal's or its reporter's PACER account. *See Order (#436)*. The order states that Defendant Benzer is not precluded from filing a motion for issuance of the subpoena, provided it is served on the parties in this action and on the Review Journal. Because no subpoena has yet been issued, the Review-Journal's motion to quash is premature. Accordingly,

**IT IS HEREBY ORDERED** that the Las Vegas Review-Journal's Motion to Quash Subpoena (#437) is **denied**, without prejudice to its right to oppose a motion seeking the issuance of a subpoena for its or its reporter's PACER account.

DATED this 16th day of December, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge