1

2

3

4                                  UNITED STATES DISTRICT COURT

5                                       DISTRICT OF NEVADA

6                                                * * *

7    UNITED STATES OF AMERICA,                    Case No. 2:13-CR-18 JCM (GWF)

8                              Plaintiff(s),                  ORDER

9           v.

10   LEON BENZER, et al.,

11                             Defendant(s).

12

13          Presently before the court is defendant Keith Gregory's (hereinafter "defendant") motion

14   to reconsider denial of his motion to sever trial. (Doc. # 442). The government filed a response.

15   (Doc. # 446).

16          On August 5, 2014, defendant filed a motion to sever trial with co-defendant Leon

17   Benzer. (Doc. # 328). On December 8, 2014, Magistrate Judge Foley denied defendant's

18   motion to sever without prejudice. (Doc. # 432). On December 22, 2014, defendant filed the

19   instant motion to reconsider.

20          On January 23, 2015, defendant Benzer pled guilty to all counts of the indictments

21   against him. As a result, the court will deny defendant's motion as moot.

22   . . .

23   . . .

24   . . .

25   . . .

26   . . .

27   . . .

28   . . .

**James C. Mahan**
**U.S. District Judge**

1    Accordingly,

2        IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion to

3    reconsider, (doc. # 442), be, and the same hereby is, DENIED as moot.

4        DATED January 27, 2015.

5

6    _____
     UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**