# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CR-13-cr-00018-JCM-GWF |
| v. | ) | **PROTECTIVE ORDER** |
| LEON BENZER, | ) | |
| Defendants. | ) | |

IT IS HEREBY ORDERED:

That the following Attorneys will be counsel of record in the above entitled case, which will commence February 25 2015. This case will last approximately one month. Please excuse them from all court appearances during this trial period.

| | |
|---|---|
| Chris T. Rasmussen | Mike Sanft |
| D. Loren Washburn | Rodney G. Snow |
| Max E. Corrick | Brett Whipple |

DATED February 24, 2015.

_____
UNITED STATES DISTRICT JUDGE