

# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

CHARLES LA BELLA
Deputy Chief
THOMAS B. W. HALL
ALISON L. ANDERSON
Trial Attorneys
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Avenue, NW
Washington, DC 20530
(202) 616-1682

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-cr-00018-JCM-GWF |
| Plaintiff, | |
| v. | **NOTICE OF SEALED EXHIBIT FILING** |
| KEITH GREGORY, et al. | |
| Defendants. | |

The United States hereby gives notice of the filing of Government Exhibit 2045, which is a sealed exhibit to the Government' Summary of Sentencing Evidence and Witnesses. (Doc. No. 620.)

ANDREW WEISSMANN
Chief
CHARLES LA BELLA
Deputy Chief
United States Department of Justice,
Criminal Division, Fraud Section


*/s/ Thomas B.W. Hall*
THOMAS B.W. HALL
ALISON L. ANDERSON
Trial Attorneys
United States Department of Justice
Criminal Division, Fraud Section

1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 2:13-cr-00018-JCM-GWF |
| Plaintiff, | ) |
| | ) **CERTIFICATE OF SERVICE** |
| v. | ) |
| KEITH GREGORY, *et al.* | ) |
| Defendants. | ) |

I, the undersigned, hereby certify that this pleading was filed with the clerk of court in hard copy and will be served via electronic mail on all parties that have entered their appearances in this case.

Dated: May 29, 2015

Respectfully submitted,


*/s/ Thomas B.W. Hall*
THOMAS B.W. HALL
Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF _____ V.S. _____ FOR _____ AT _____

LOCATION NUMBER

PERSON REPRESENTED (Show your full name): DAVID BALL

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

COUNSEL/PARTIES OF RECORD
1 ☐ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
9 ☐ Other

FILED / ENTERED / RECEIVED / SERVED ON
JAN
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

DOCKET NUMBERS
Magistrate:
District Court: 2:13-CR-0018
Court of Appeals:

### ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes ☑ No ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ 70/DAY
If married is your Spouse employed? ☑ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ 1,800 (APPROX)
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

*OTHER INCOME*
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: 100   SOURCES: CHILD SUPPORT

*CASH*
Have you any cash on hand or money in savings or checking accounts? ☑ Yes ☐ No  IF YES, state total amount $ 1,000

*PROPERTY*
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: $500  DESCRIPTION: 1970 VOLKSWAGEN
VALUE: $4,000 DESCRIPTION: TOYOTA CAMRY 2003

**OBLIGATIONS & DEBTS**

*DEPENDENTS*
MARITAL STATUS: ☑ MARRIED ☐ SINGLE ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 03
List persons you actually support and your relationship to them: ELEANOR BALL - WIFE, _____ SON, _____ SON

*DEBTS & MONTHLY BILLS* (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: RENT / UNITED
Creditors:
Total Debt: $ _____
Monthly Paym.: $1,800 / $250

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 1/16/13

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ [signature]

**GOVERNMENT EXHIBIT**
**2045**
2:13-cr-18-JCM-GWF