UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiffs, | ) | Case No. 2:13-cr-00018-JCM-GWF |
| vs. | ) | **ORDER** |
| LEON BENZER, *et al.* | ) | |
| Defendants. | ) | |

This matter is before the Court on the Las Vegas Review-Journal's Motion to Continue Hearing Date (#674), filed on June 23, 2015.

The Las Vegas Review-Journal (LVRJ) seeks to continue the hearing set on its Motion to Intervene (#634), Motion to Dissolve Protective Order (#635), and Motion to Unseal (#636), currently set for July 17, 2015. Counsel for the LVRJ will be out of the District of Nevada at the time of the hearing, and the Government has no opposition to the continuance. The LVRJ represents that counsel for the Government has requested the hearing be moved to the afternoon of August 5th. The LVRJ has sufficiently established good cause to continue the hearing. Accordingly,

**IT IS HEREBY ORDERED** that the Las Vegas Review-Journal's Motion to Continue Hearing Date (#674) is **granted**.

**IT IS FURTHER ORDERED** that the hearing is rescheduled for **August 5, 2015** at **3:00 p.m.** in **Courtroom 3A**.

**DATED** this 25th day of June, 2015.

GEORGE FOLEY, JR.
United States Magistrate Judge