# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-CR-18 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| LEON BENZER, et al., | |
| Defendant(s). | |

Presently before the court is *United States of America v. Benzer et al*, case number 2:13-cr-00018-JCM-GWF.

On September 25, 2017, the Ninth Circuit issued a memorandum order affirming the convictions in the case and the restitution order, and affirming in part and reversing in part the sentences imposed in the case. (ECF No. 808). The Ninth Circuit reversed the sentences imposed as to defendants Benzer and Ball. *Id.* This court orders the parties to file a joint status report indicating proposed dates for re-sentencing hearings and a proposed schedule for any related briefing.

Accordingly,

IT IS HEREBY ORDERED that the parties shall, on or before January 25, 2018, file a joint status report.

DATED January 4, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**