ALISON L. ANDERSON
Acting Assistant Chief
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Avenue, NW
Washington, DC 20530
(202) 598-2929

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. 2:13-cr-00018-JCM-GWF |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| KEITH GREGORY, ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S REQUEST TO EXTEND DEADLINE FOR FILING ITS RESPONSE TO DEFENDANT GREGORY'S 2255 MOTION TO VACATE**

The United States requests an extension of its deadline to file a response to Defendant Gregory's 2255 Motion to Vacate (Doc. No. 883) from November 19, 2019 to December 13, 2019 with Defendant Gregory's Reply then due January 3, 2020 (including an extra week for the Defendant due to the holidays). The Government's request is based upon the following:

1. Only one of the trial counsel notified of the deadline via ECF remains employed with the Government, Ms. Anderson.

2. Ms. Anderson was on maternity leave from August 13, 2019 until November 18, 2019.

3. On October 29, 2019 this Court ordered the Government to respond to Defendant Gregory's 2255 Motion to Vacate within 21 days, November 19, 2019.

4. Ms. Anderson did not see the ECF bounce upon her return and was notified on November 27, 2019 after leaving for the Thanksgiving holiday.

1

5. Ms. Anderson is filing this request while still on Thanksgiving leave.
6. The Government apologies for the mistake and requests an extension of the deadline based on its good faith mistake.

Respectfully submitted,

ROBERT ZINK
Chief, U.S. Department of Justice
Fraud Section, Criminal Division


*/s/ Alison L. Anderson*
ALISON L. ANDERSON
Acting Assistant Chief, U.S. Dept. of Justice
Criminal Division, Fraud Section

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-cr-00018-JCM-GWF |
| Plaintiff, | |
| v. | |
| KEITH GREGORY, | |
| Defendants. | |

**ORDER**

Upon consideration of the Government's Request to Extend Deadline for Filing Its Response to Defendant Gregory's § 2255 Motion to Vacate (Doc. No. 900), IT IS SO ORDERED that the Government's Deadline to file its response to Defendant Gregory's § 2255 Motion to Vacate is extended until December 13, 2019. Defendant Gregory's reply deadline is extended to January 3, 2020.

_____
The Honorable James C. Mahan

Dated: December 4, 2019