# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA

                Plaintiff,

v.

Keith Gregory

                Defendant.

JUDGMENT

Case Number: 2:13-cr-00018-JCM-GWF-2

(Related case: 2:19-cv-01689-JCM)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered Petitioner's motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct sentence be, and the same hereby is, DENIED.

| | |
|---|---|
| 7/8/2020 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ M. Reyes |
| | Deputy Clerk |